Roberto **CARDENAS CABALLERO,**
Petitioner,

v.

Eric H. **HOLDER, Jr., Attorney General, Respondent.**

No. 10–73314.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.[*]

Filed March 1, 2012.

Nikhil M. Shah, I, Esquire, General, Law Offices of Nikhil M. Shah, Los Angeles, CA, for Petitioner.

Dana Michelle Camilleri, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM [**]

Roberto Cardenas Caballero, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The agency did not abuse its discretion in denying Cardenas Caballero's motion to reopen because the motion was filed more than eleven years after the IJ's June 24, 1997, removal order, *see* 8 C.F.R. § 1003.23(b)(1), and Cardenas Caballero failed to establish that he acted with the due diligence required for equitable tolling, *see Iturribarria,* 321 F.3d at 897 (deadline can be equitably tolled "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**